IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

TEVIN DARRELL NEIGHBORS,

    Petitioner,

v.                                             2:25-CV-136-Z-BR

DIRECTOR, TDCJ-CID,

    Respondent.

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss this case without prejudice for failure to prosecute. No objections to the findings, conclusions, and recommendation have been filed.[1] After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendations of the Magistrate Judge are correct. ECF No. 14. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and this case is hereby **DISMISSED** without prejudice.

SO ORDERED.

January 22, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

---

[1] On December 31, 2025, Petitioner filed in this court what appears to be an application for a writ of habeas corpus form meant for the Court of Criminal Appeals of Texas. ECF. No. 15. This application provides more details about the same events described in the Petition Petitioner filed before this Court (ECF No. 3). Nothing in the December 31 filing addresses Petitioner's failure to comply with the Court's Deficiency Order. ECF No. 15 That failure is the basis for the findings, conclusions, and recommendation under consideration here. ECF. No. 14.